UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAZAR SHCHERB,<br><br>               Plaintiff,<br><br>    v.<br><br>ANGI HOMESERVICES INC.,<br>HOMEADVISOR, INC., ANGIESLIST, INC.,<br>IAC/INTERACTIVE CORP.,<br><br>               Defendants. | Case No. 1:19-cv-000367<br><br>Hon. J. Paul Oetken |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of defendants' Motion to Dismiss, and upon all pleadings and proceedings heretofore and herein, defendants ANGI Homeservices, Inc., HomeAdvisor, Inc., Angie's List, Inc., and IAC/InterActiveCorp. will move this Court at the courthouse located at 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, or as soon thereafter as counsel can be heard, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint in its entirety, with prejudice, together with such other and further relief as this Court deems just and proper.

Dated: March 7, 2019

                                          **CARLTON FIELDS, P.A.**

                                          By:   */s/ Michael D. Margulies*
                                                Michael D. Margulies
                                          405 Lexington Avenue, 36th Floor
                                          New York, New York 10174
                                          T: (212) 430-5500
                                          F: (212) 430-5501
                                          *Attorneys for Defendants ANGI*
                                          *Homeservices, Inc., HomeAdvisor, Inc.,*
                                          *Angies List, Inc. and IAC/InterActiveCorp.*