USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAZAR SHCHERB,

                                                Plaintiff,

                -against-

ANGI HOMESERVICES INC.; HOMEADVISOR, INC.;
ANGIESLIST, INC.; and IAC/INTERACTIVE CORP.,

                                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

**19-CV-0367 (MKV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 55). A telephone conference will be held on **Tuesday, August 3, 2021 at 11:00 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: July 9, 2021
       New York, New York

                                                    _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge