```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAZAR SHCHERB,

                Plaintiff,

-against-

ANGI HOMESERVICES INC.; HOMEADVISOR, INC.;
ANGIESLIST, INC.; and IAC/INTERACTIVE CORP.,

                Defendants.

1:19-cv-00367-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On September 3, 2021, the Court issued a scheduling order setting a telephonic post-discovery conference for October 5, 2021 and directing the parties to submit a joint letter regarding the status of the case on or before September 21, 2021. [ECF No. 58]. The Court has not received a letter at this time.

IT IS HEREBY ORDERED that the post-discovery conference scheduled for October 5, 2021, is adjourned to **October 12, 2021, at 10:30 AM**. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

On or before September 29, the parties shall submit a joint letter that complies with the Court's instructions from the September 3, 2021 order. [ECF No. 58]. The parties are also directed to explain why they failed to comply with the Court's order in that letter.

Any application to modify or extend the dates herein shall be made in a written application in accordance with paragraph 2(G) of the Court's Individual Practice Rules and shall be made no less than three (3) days prior to the expiration of the date sought to be extended. Failure to comply with the deadlines set forth herein may result in sanctions.

**SO ORDERED.**

Date:  September 22, 2021
       New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**