```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAZAR SHCHERB,

                Plaintiff,

-against-

ANGI HOMESERVICES INC.; HOMEADVISOR, INC.;
ANGIESLIST, INC.; and IAC/INTERACTIVE CORP.,

                Defendants.

1:19-cv-00367-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of an email filed by Defendant informing the Court that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by October 23, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

    IT IS FURTHER ORDERED that the post-discovery telephonic conference scheduled for October 12, 2021 is adjourned *sine die*.

**SO ORDERED.**

Date: **September 22, 2021**
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**