```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAZAR SHCHERB,

                       Plaintiff,

    -against-

ANGI HOMESERVICES INC.; HOMEADVISOR, INC.;
ANGIESLIST, INC.; and IAC/INTERACTIVE CORP.,

                      Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

19-CV-0367 (MKV)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Order of Dismissal filed on September 22, 2021 (doc. no 60) the Settlement Conference currently scheduled for **October 19, 2021** is hereby adjourned *sine die*

      **SO ORDERED.**

Dated: September 23, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge