UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAZAR SHCHERB,<br>    *Plaintiff*,<br>v.<br>ANGI HOMESERVICES INC., *et al.*,<br>    *Defendants*. | Case No. 1:19-cv-000367<br><br>Hon. Mary Kay Vyskocil |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and his attorneys, along with Defendant and its attorney, that the above-entitled action shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice shall be entered in the above-entitled action and all claims asserted therein.

Dated:  New York, New York
        October 19, 2021

**USHER LAW GROUP P.C.**
By: *[signature]*
Mikhail Usher, Esq.
2711 Harway Avenue
Brooklyn, New York 11214
T: (718) 484-7510 / F: (718) 865-8566
MikeUsher@UsherLegal.com
*Attorneys for Lazar Shcherb*

**CARLTON FIELDS, P.A.**
By: *[signature]*
Michael D. Margulies, Esq.
405 Lexington Avenue, 36th Floor
New York, New York 10174
T: (212) 430-5500 / F: (212) 430-5501
mmargulies@carltonfields.com
*Attorneys for HomeAdvisor, Inc.*

Dated:           SO ORDERED:

                                _____
                                Hon. Mary Kay Vyskocil